```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/17/2020_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ENDURANCE ASSURANCE CORPORATION,

          Plaintiff,

-against-

WHITLOCK & SHELTON CONSTRUCTION, INC., WHITLOCK & SHELTON ENTERPRISES, LLC, WHITLOCK & SHELTON PROPERTIES, INC., ALVIN WHITLOCK, MISTY WHITLOCK, SCOTT SHELTON and TARYN SHELTON,

          Defendants.

19 Civ. 9796 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On March 17, 2020, the Court ordered the parties to submit a joint letter and proposed case management plan by April 14, 2020. ECF No. 27. That submission is now overdue. Accordingly, it is hereby ORDERED that the parties shall submit their joint letter and proposed case management plan by **10:00 a.m.** on **April 20, 2020**.

    SO ORDERED.

Dated: April 17, 2020
       New York, New York

                                      ANALISA TORRES
                              United States District Judge