UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ENDURANCE ASSURANCE CORPORATION,

                  Plaintiff,

-against-

WHITLOCK & SHELTON CONSTRUCTION, INC., WHITLOCK & SHELTON ENTERPRISES, LLC, WHITLOCK & SHELTON PROPERTIES, INC., ALVIN WHITLOCK, MISTY WHITLOCK, SCOTT SHELTON and TARYN SHELTON,

                  Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/21/2020
```

19 Civ. 9796 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On May 20, 2020, Plaintiff moved by order to show cause for default judgment against Defendants. ECF No. 48. In support, Plaintiff submitted affidavits and accompanying exhibits, which include a loss report, and a proposed default judgment (the "Supporting Papers"). ECF Nos. 49, 50. Accordingly, it is hereby ORDERED that:

1. In light of the COVID-19 pandemic, the Court will resolve the default judgment motion on the papers.

2. By **June 12, 2020**, Plaintiff shall serve on Defendants copies of this Order to Show Cause and the Supporting Papers at ECF Nos. 48, 49, by Federal Express or USPS Priority Mail. If Plaintiff is aware of Defendants' email addresses, Plaintiff shall also serve Defendants via email.

3. By **June 17, 2020**, Plaintiff shall file on the docket (1) proofs of service, and (2) the Supporting Papers that were served upon Defendants (as an attachment to the proofs of service).

4. By **July 2, 2020**, Defendants shall respond to Plaintiff's motion.

5. By **July 10, 2020**, Plaintiff shall submit its reply, if any.

The initial pretrial conference scheduled for May 27, 2020, is ADJOURNED *sine die*.

SO ORDERED.

Dated: May 21, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge