USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/15/2021_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ENDURANCE ASSURANCE CORPORATION,

                Plaintiff,

-against-

WHITLOCK & SHELTON CONSTRUCTION, INC., WHITLOCK & SHELTON ENTERPRISES, LLC, WHITLOCK & SHELTON PROPERTIES, INC., ALVIN WHITLOCK, MISTY WHITLOCK, SCOTT SHELTON and TARYN SHELTON,

                Defendants.

19 Civ. 9796 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On October 23, 2019, Plaintiff, Endurance Assurance Corporation, filed this case in federal court against Defendants, Whitlock & Shelton Construction, Inc., Whitlock & Shelton Enterprises, LLC, Whitlock & Shelton Properties, Inc., Alvin Whitlock, Misty Whitlock, Scott Shelton, and Taryn Shelton, invoking subject matter jurisdiction by reason of diversity of citizenship, 28 U.S.C. § 1332. ECF No. 1 ¶ 1. If Whitlock & Shelton Enterprises, LLC is, indeed, a limited liability company, as its name would imply, then the complaint must allege the citizenship of all natural persons who are members of the limited liability company and the place of incorporation and principal place of business of any corporate entities who are members of the limited liability company.

      Accordingly, by **July 22, 2021**, Plaintiff shall supplement its motion for default judgment with a statement alleging the citizenship of each constituent person or entity of Whitlock & Shelton Enterprises, LLC. *See Handelsman v. Bedford Vill. Assocs. Ltd. P'ship*, 213 F.3d 48, 51–52 (2d Cir. 2000) (citing *Cosgrove v. Bartolotta*, 150 F.3d 729, 731 (7th Cir. 1998)); *Strother v. Harte*, 171 F. Supp. 2d 203, 205 (S.D.N.Y. 2001) ("For purposes of diversity jurisdiction, a limited liability company has the citizenship of each of its members."). If Plaintiff fails to supplement its motion by the foregoing date, then the complaint will be dismissed for lack of subject matter jurisdiction.

      Plaintiff shall serve on Defendants a copy of this Order and its supplement by **July 29, 2021**, by Federal Express or USPS Priority Mail. If Plaintiff is aware of Defendants' e-mail addresses, Plaintiff shall also serve Defendants via e-mail.

By **August 3, 2021**, Plaintiff shall file the proofs of service and the supplement that was served upon Defendants as attachments to the proofs of service.

SO ORDERED.

Dated: July 15, 2021
       New York, New York

ANALISA TORRES
United States District Judge