UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ENDURANCE ASSURANCE CORPORATION,

                Plaintiff,

-against-

WHITLOCK & SHELTON CONSTRUCTION, INC.,
WHITLOCK & SHELTON ENTERPRISES, LLC,
WHITLOCK & SHLETON PROPERTIES, INC.,
ALVIN WHITLOCK, MISTY WHITLOCK, SCOTT
SHELTON and TARYN SHELTON,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/29/2021

19 Civ. 9796 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On September 13, 2021, the Court granted Plaintiff's motion for default judgment, awarded damages in the amount of $818,345, and concluded that Plaintiff is entitled to post-judgment interest on the judgment at the statutory rate and pre-judgment interest from the date of breach of each loss amount until the date of the judgment, at a rate of 9% per annum. ECF No. 60. The Court ordered Plaintiff to submit a detailed schedule calculating that pre-judgment interest. *Id.* at 3. The Court is in receipt of the detailed schedule demonstrating that pre-judgment interest totals $183,666.15. ECF No. 61 at 3. Accordingly, Plaintiff is additionally awarded pre-judgment interest in the amount of $183,666.15.

    SO ORDERED.

Dated: September 29, 2021
       New York, New York

                                            ANALISA TORRES
                                            United States District Judge