USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/9/2021__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ENDURANCE ASSURANCE CORPORATION,

                Plaintiffs,

-against-

WHITLOCK & SHELTON CONSTRUCTION, INC.,
WHITLOCK & SHELTON ENTERPRISES, LLC,
WHITLOCK & SHELTON PROPERTIES, INC.,
ALVIN WHITLOCK,
MISTY WHITLOCK,
SCOTT SHELTON and
ANDAND TARYN SHELTON,

                Defendants.

Civil Case No: 19 CIV 9796 (AT)

**JUDGMENT**

---

THIS MATTER having come before the Court on Plaintiff Endurance Assurance Corporation's ("Endurance") Order to Show Cause for Entry of Default Judgment against Defendants Whitlock & Shelton Construction, Inc., Whitlock & Shelton Enterprises, LLC, Whitlock & Shelton Properties, Inc., Alvin Whitlock, Misty Whitlock, Scott Shelton, and Taryn Shelton (ECF No. 48); and,

This Court previously having determined that Endurance is entitled to $818,345.00 in damages by Opinion and Order dated September 13, 2021 (ECF No. 60); and,

This Court previously having determined that Endurance is entitled to $183,666.15 in pre-judgment interest by Opinion and Order dated September 29, 2021 (ECF No. 62); and,

Good cause being shown:

IT IS on this 9th day of November, 2021,

ORDERED, ADJUDGED AND ENTERED that judgment be and is hereby entered in favor of Endurance Assurance Corporation, with an address at 240 Cedar Knolls Road, Cedar

Knolls, New Jersey 07927, against: Defendants Whitlock & Shelton Construction, Inc. with a last known address at 1055 Louisiana Avenue, Shreveport, Louisiana 71101; Whitlock & Shelton Enterprises, LLC with a last known address at 1055 Louisiana Avenue, Shreveport, Louisiana 71101; Whitlock & Shelton Properties, Inc. with a last known address at 3821 Southern Avenue, Shreveport, Louisiana 71106; Alvin Whitlock with a last known address at 253 Whipporwill Drive, Shreveport, Louisiana 71101; Mitsy Whitlock with a last known address at 253 Whipporwill Drive, Shreveport, Louisiana 71101; Scott Shelton with a last known address at 10048 St. Bernard Drive, Shreveport, Louisiana 71101; and, Taryn Shelton with a last known address at 10048 St. Bernard Drive, Shreveport, Louisiana 71101, jointly and severally, in the principal amount of $818,345.00, in addition to pre-judgment interest in the amount of $183,666.15, for a total judgment amount of $1,022,012.15, and Endurance Assurance Corporation shall have execution thereon forthwith.

      The Clerk of Court is direct to close the case.

SO ORDERED.

Dated: November 9, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge